192 So. 907

**Minnie BALL v. HOME OWNERS' LOAN CORPORATION.**

**6 Div. 546.**

Supreme Court of Alabama.

Dec. 1, 1939.

H. M. Powell, of Birmingham, for appellant.

W. H. Woolverton, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 907

**BIRMINGHAM ELECTRIC CO. v. Bessie GRIFFITH.**

**6 Div. 350.**

Supreme Court of Alabama.

Nov. 28, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

192 So. 907

**BIRMINGHAM ELECTRIC CO. v. R. G. GRIFFITH.**

**6 Div. 351.**

Supreme Court of Alabama.

Nov. 28, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

192 So. 907

**BIRMINGHAM ELECTRIC CO. v. Dan MAYFIELD.**

**6 Div. 384.**

Supreme Court of Alabama.

Nov. 28, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

189 So. 917

**Naomi Lindsay BUCKALEW, Adm'x, v. Gertrude ARANT, Adm'x.**

**3 Div. 275.**

Supreme Court of Alabama.

May 22, 1939.

Leon G. Brooks and Hugh R. Williams, both of Brewton, for appellant.

A. H. Elliott and H. C. Rankin, both of Brewton, for appellee.

PER CURIAM.

Appeal dismissed by appellant.